**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

| | | |
|---|---|---|
| HEYWOOD BECKER | : | No. 301 MAL 2022 |
| | : | |
| | : | |
| v. | : | Petition for Allowance of Appeal |
| | : | from the Order of the Superior Court |
| | : | |
| U.S. BANK, N.A. | : | |
| | : | |
| | : | |
| PETITION OF: HEYWOOD BECKER | : | |

| | | |
|---|---|---|
| U.S. BANK, N.A. | : | No. 302 MAL 2022 |
| | : | |
| | : | |
| v. | : | Petition for Allowance of Appeal |
| | : | from the Order of the Superior Court |
| | : | |
| GEORGE KIRIAKIDIAND HEYWOOD BECKER | : | |
| | : | |
| | : | |
| | : | |
| PETITION OF:  HEYWOOD BECKER | : | |

| | | |
|---|---|---|
| HEYWOOD BECKER | : | No. 303 MAL 2022 |
| | : | |
| | : | |
| v. | : | Petition for Allowance of Appeal |
| | : | from the Order of the Superior Court |
| | : | |
| U.S. BANK, N.A. | : | |
| | : | |
| | : | |
| PETITION OF: HEYWOOD BECKER | : | |

HEYWOOD BECKER

v.

E. KEITH DARROW

PETITION OF: HEYWOOD BECKER

: No. 304 MAL 2022
:
:
:
: Petition for Allowance of Appeal
: from the Order of the Superior Court
:
:
:
:
:
:


HEYWOOD BECKER

v.

ESTATE OF RICHARD RESTIFO
DECEASED A/K/A RICHARD J. RESTIFO,
EMILY MARIE CIPRIANO, ADMIN. A/K/A
EMILY M. CIPRIANO, AND UNITED
STATES OF AMERICA


PETITION OF:  HEYWOOD BECKER,
ESTATE OF RICHARD RESTIFO
DECEASED A/K/A RICHARD J. RESTIFO
AND EMILY MARIE CIPRIANO, ADMIN.
A/K/A EMILY M. CIPRIANO

: No. 305 MAL 2022
:
:
:
: Petition for Allowance of Appeal
: from the Order of the Superior Court
:
:
:
:
:
:
:
:
:
:
:
:
:
:


## **ORDER**


**PER CURIAM**

    **AND NOW**, this 24th day of January, 2023, the Petition for Allowance of Appeal,

the Petition for Leave to File a Response in Support of Petitioners' Petition for Allowance

of Appeal, and the Conditional Cross-Application for Leave to File Sur-Reply in Opposition

to Petitioners' Petition for Allowance of Appeal are **DENIED**.